IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHLOE DEONNA | : |
|        Plaintiff | : |
| v. | : Civil Action No. 4:21-cv-00331-MWB |
| CENTRE HILLS COUNTRY CLUB | : Honorable Matthew W. Brann |
|        Defendant | : |

FILED
WILLIAMSPORT
APR 05 2022
PER _____
DEPUTY CLERK

## DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant, Centre Hills Country Club (the "Club"), by counsel, and for the reasons set forth below, requests an order sealing certain documents:

1.    Defendant filed a Motion for Summary Judgment (Doc. 20), Statement of Material Facts (Doc. 21), and Record (Doc. 22) on April 1, 2022.

2.    Defendant requests that certain documents submitted in connection with the Motion for Summary Judgment be sealed by the Court.

WHEREFORE, Defendant Centre Hills Country Club requests that the Court grant this Motion.

9460094.1

Respectfully submitted,

BARLEY SNYDER

By: _____
Michael J. Crocenzi, Esquire
Attorney I. D. No. 66255
100 East Market Street
York, PA 17401
717-814-5417
mcrocenzi@barley.com
*Attorney for Defendant*

Date: April 4, 2022

3

9460094.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2022, a true and correct copy of the Defendant's Motion to File Under Seal was sent electronically to the following:

Fernando Rivera, Esquire
Console Mattiacci Law
1525 Locust Street, Ninth Floor
Philadelphia, PA 19102
rivera@consolelaw.com
*Counsel for Plaintiff*

BARLEY SNYDER

By: _____
Michael J. Crocenzi, Esquire
Attorney I. D. No. 66255
100 East Market Street
York, PA 17401
717-814-5417
mcrocenzi@barley.com
*Attorney for Defendant*

Date: April 4, 2022

9460094.1