IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHLOE DEONNA              :
                          :
        Plaintiff         :
                          :    Civil Action No. 4:21-cv-00331-MWB
v.                        :
                          :
CENTRE HILLS COUNTRY      :    Honorable Matthew W. Brann
CLUB                      :
                          :
        Defendant

## ORDER

AND NOW, this 6th day of April 2022, **IT IS HEREBY ORDERED** that Defendant Centre Hills Country Club's Motion to File Under Seal is **GRANTED**.

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge