IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHLOE DEONNA, | No. 4:21-CV-00331 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CENTRE HILLS COUNTRY CLUB, | |
| Defendant. | |

## ORDER

### DECEMBER 30, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Centre Hills Country Club's ("CHCC") motion for summary judgment (Doc. 20) is **GRANTED IN PART AND DENIED IN PART**.

2. Final judgment is entered in favor of CHCC and against Plaintiff Chloe DeOnna on Count I of DeOnna's Complaint.

3. Count II of DeOnna's Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge