AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Chole DeOnna <br> *Plaintiff* <br> v. <br> Centre Hills Country Club <br> *Defendant* | ) ) ) ) ) Civil Action No. 4:21-CV-331 MWB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final Judgment is entered in favor of CHCC and against Plaintiff Chloe DeOnna on Count I of DeOnna's Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Matthew W. Brann on a motions for Summary Judgment (Doc. 20).

Date: 12/30/2022

CLERK OF COURT

s/ *Emily C. Aikey*

*Signature of Clerk or Deputy Clerk*